In the Matter of DAVID WATTS et al., Appellants, v NEW YORK STATE DEPARTMENT OF ENVIRONMENTAL CONSERVATION et al., Respondents.

Submitted April 16, 2007; decided May 1, 2007

Motion by the Village of Saltaire for leave to file an affirmation amicus curiae on the motion for leave to appeal herein granted and the affirmation is accepted as filed.